NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYLAND YOUNG,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2011-3232

---

Petition for review of an arbitrator's decision in FMCS case no. 111228-52284-6, by Marvin J. Feldman.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Rayland Young's unopposed motion to amend the certified list,

IT IS ORDERED THAT:

The motion is granted. The parties may refer to the document omitted from the certified list and include it in the joint appendix. A copy of this order shall be forwarded to the merits panel to inform the panel that the

certified list omitted an Opinion and Award of Arbitration, United States Department of Housing and Urban Development and American Federation of Government Employees, Local Union No. 3701, Case No. 10-021158-8, before the Federal Mediation and Conciliation Service, dated August 19, 2011.

FOR THE COURT

MAR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew H. Solomson, Esq.
Hillary A. Stern, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 5 2012

JAN HORBALY
CLERK